# EXHIBIT A



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at:  30 Schuyler Place, Morristown, NJ



### Zion Lutheran Church

2017      $27,760      Preservation Plan

**Grant Recipient:**   Zion Lutheran Church
**Location:**         Washington Twp.

The 1832 Zion Lutheran Church was constructed in the Gothic Revival Style. Subsequent additions included the addition of the narthex and steeple and sanctuary enlargement in 1861. The property is identified as a Key Contributing resource in the German Valley national Register Historic District.

The 2017 grant completed a Preservation Plan for the building.