# EXHIBIT C



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at:  30 Schuyler Place, Morristown, NJ

---



### Madison Masonic Lodge

| 2020 | $21,440 | Construction Documents |
|---|---|---|
| 2022 | $107,200 | Restoration and Renovation |

**Grant Recipient:** Madison Borough
**Location:** Madison Boro.

The Presbyterian Church of Chatham Township was built in 1824 and is a largely intact example of the Federal architectural style. The building was sold to the Madison Masonic Lodge 93 in 1931.

The 2020 grant completed construction documents related to structural repairs, focusing on the first floor framing, exterior woodwork and masonry, replacement of exterior fire escape.

The 2022 grant will assist with interior work including new and repaired floor, and new structure for floor.

---

For more information contact Ray Chang at (973) 829-8120 or via e-mail at rchang@co.morris.nj.us