# EXHIBIT D



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at: 30 Schuyler Place, Morristown, NJ



### Woman's Club of Morristown

| Year | Amount | Description |
|---|---|---|
| 2005 | $39,200 | Sprinkler System |
| 2006 | $22,960 | Preservation Plan |
| 2007 | $14,720 | Architectural Services |
| 2008 | $60,160 | Exterior Restoration |
| 2009 | $12,640 | Contract Documents |
| 2010 | $140,000 | Phase 2 Restoration/Stabilization |
| 2011 | $140,000 | Phase IIB Exterior Restoration |
| 2013 | $9,800 | Contract Documents |
| 2014 | $214,400 | Mechanical Upgrades |
| 2017 | $2,746 | Interior Storm Windows |
| 2017 | $5,000 | Construction Documents |
| 2018 | $57,880 | Partial Roof Replacement |
| 2020 | $4,500 | Construction Documents |
| 2021 | $178,552 | Exterior Repairs |
| 2022 | $137,520 | Exterior Repairs |

**Grant Recipient:** The Woman's Club of Morristown, Inc.
**Location:** Morristown Town

Built in 1797 for the family of Dr. Lewis Condict, the building is in the Federal style. During WWI, the building was the Red Cross Headquarters. It now serves as the home of the Woman's Club of Morristown. It is individually listed on the National and New Jersey Registers of Historic Places.

The County funded a basement sprinkler system in 2005 and a Preservation Plan for the house in 2006.

The 2007 and 2008 grants completed partial exterior restoration of the historic core of the building.

The 2010 grant provided for the stabilization of the auditorium roof structure and the restoration and repair of exterior features including carpentry, windows, exterior doors, stucco, masonry and the main roof.

A 2011 grant assisted with replacement of the slate and metal roofs at the historic core, carpentry and stucco repairs, doors and windows restoration, and exterior painting.

The 2014 grant completed mechanical upgrades and repair associated finishes. A 2017 grant provided for the design and installation of interior storm windows for sidelights and transom at the main entrance.

A 2017 CD grant and 2018 grant provided for partial roof and windows replacement.

The 2020 grant completed construction documents for exterior restoration including painting, repair of wood siding,



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at:  30 Schuyler Place, Morristown, NJ

repair of stucco, and door restoration.

The 2021 grant will assist with exterior restoration including restoration of windows, doors, wood siding, and trim, repair of walks and steps, repair of stucco, and preparation and painting.

The 2022 grant will provide for exterior repair including repair of doors and trim, repair of stucco, finish painting.

For more information contact Ray Chang at (973) 829-8120 or via e-mail at rchang@co.morris.nj.us