# EXHIBIT F

Morris County Historic Preservation Trust Fund
2022 Grants

## *Declaration of Intent*

Please complete and return by <u>February 28, 2022</u> to Ray Chang, Morris County Office of Planning and Preservation, P.O. Box 900, Morristown, NJ 07963-0900. The grant application deadline is March 25, 2022.

1. Name of Organization   Mendham United Methodist Church

2. Name of Historic Site   ~~Morris~~ Mendham Historic District

3. Mailing Address   10 East Main St., Mendham, NJ 07945

   Daytime Telephone ( 908 ) 879-4782

   E-Mail   elainewarren0330@gmail.com

4. Type of Organization

   ☐ Historical Society      ☐ Museum
   ☐ Municipality            ☒ Other:   Church - currently used for worship

5. If you are a non-profit organization, do you have 501c(3) status under the Federal Internal Revenue Code of 1986?

   ☒ Yes      ☐ No      ☐ Other: _____

6. Is your historic property listed on the New Jersey or National Register of Historic Places, individually or as part of a historic district listed on the New Jersey or National Register?

   ☒ Yes      ☐ No      ☐ Other: _____

7. Total Project Cost $ TBD   Match $ _____   Funding Request $ _____
   (Note: Program requires 20% match from applicants except for acquisitions which require 50% match and non-construction grants less than $5,000 which require no match)

8. Briefly explain the proposed purpose for the grant requested.   Grant will be used to plan and scope these efforts: Church needs windows releaded, new roof, bell tower reshingled and painted, new chimney, furnace, repaving and relining of parking lot.

Signature of Organization Official   Elaine R. Warren   Date 2/28/2022
Title of Organization Official   President, Board of Trustees