# EXHIBIT G

# COUNTY OF MORRIS
## OFFICE OF PLANNING & PRESERVATION

Board of County Commissioners

*Commissioner Director*
Tayfun Selen
*Commissioner Deputy Director*
John Krickus

Douglas R. Cabana
Kathryn A. DeFillippo
Thomas J. Mastrangelo
Stephen H. Shaw
Deborah Smith

P.O. Box 900
Morristown, New Jersey 07963-0900

*County Administrator*
John Bonanni
*Assistant Administrator*
Deena Leary

*Planning Director*
Joseph Barilla
973-829-8120
jbarilla@co.morris.nj.us



March 3, 2022

Ms. Elaine R. Warren, President, Board of Trustees
Mendham United Methodist Church
10 East Main Street
Mendham, NJ 07945

**RE: Morris County Historic Preservation Trust Fund**

Dear Ms. Warren,

Your Declaration of Intent submitted on February 28, 2022 indicates that the proposed grant application involves the principle church building that is currently used for religious purposes. As this building is currently used for religious purposes or functions, it is ineligible for Historic Preservation grant funding, per our Rules, https://www.morriscountynj.gov/files/sharedassets/public/departments/planning-amp-preservation-historic/chapter-5-historic-preservation.pdf, section 5.6.4.

Sincerely,

Ray Chang, P.P.
Historic Preservation
Program Coordinator

cc.     Joseph Barilla, Morris County Planning Director