# EXHIBIT I

From: **Chang, Ray** <RChang@co.morris.nj.us>
Date: Tue, Feb 21, 2023 at 9:04 AM
Subject: RE: Zion Lutheran Church
To: Harry Bullock <hrbullock86@gmail.com>
Cc: Barilla, Joseph <jbarilla@co.morris.nj.us>

Harry,

The County Consultant has reviewed the Declaration of Intent (attached) as well as the follow-up description for the proposed crawl space project. Typically a crawl space is considered part of the building and not the site, similar to a basement or attic space. As you know, our rules state that "Any property that is currently used for religious purposes or functions is ineligible for Historic Preservation grant funding." (HP rules, Section 5.6.4.) The County determines that this crawl space is considered part of the religious building and thus not eligible for funding consideration.

Please let me know if you have any questions or comments.

Ray Chang, P.P.
Historic Preservation Program Coordinator
Morris County Office of Planning & Preservation
P.O. Box 900
Morristown, NJ 07963-0900
(973) 829-8120 (O)
(973) 326-9025 (Fax)
E-Mail: RChang@co.morris.nj.us
Website: https://morriscountynj.gov/planning
A StoryMap Celebrating 20 Years of Historic Preservation