UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

The Mendham Methodist Church, et al.

*Plaintiff*

v.

Morris County, New Jersey, et al.

*Defendant*

Civil Action No. 2:23-cv-02347

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that  Plaintiff The Mendham Methodist Church , is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/ Mark Roselli
Signature of Attorney

1337 Highway 33
Address

Hamilton, NJ 08690

4/28/2023
Date