JOHN NAPOLITANO
MORRIS COUNTY COUNSEL
WILLIAM G. JOHNSON
SPECIAL COUNSEL
N.J. Bar ID No. 0001471992
JOHNSON & JOHNSON, ESQS.
89 Headquarters Plaza, Suite 1425
Morristown, New Jersey 07960
(973) 993-3131
FAX (973) 993-3132
bill@gjohnsonlaw.com
Attorney for Defendants
Morris County, New Jersey; Morris County Board of County Commissioners; Morris County Historic Preservation Trust Fund Review Board; and John Krickus

| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>    Plaintiffs,<br><br> vs.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Director for the Morris County Board of County Commissioners,<br><br>    Defendants. | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO.: 2:23-CV-2347 (EP-JSA)<br><br>**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS JAMES GANNON, CHRISTOPHER KLEIN, ALAN ROBINSON, OFFICER JOHN DOE R. BAILEY, SERGEANT JOHN DOE STEWARD, OFFICER JOHN DOE MOLDE, OFFICER LIEUTENANT JOHN DOE LOTZ, AND SERGEANT JOHN DOE DAVIDSECK** |
|---|---|

**TO THE CLERK:**

Please enter the appearance of William G. Johnson, Esq., Johnson & Johnson, Esqs., as the attorney appearing on behalf of Defendants

Morris County, New Jersey; Morris County Board of County Commissioners; Morris County Historic Preservation Trust Fund Review Board; and John Krickus.

                John A. Napolitano
                Morris County Counsel
                Attorneys for Defendants

Dated: 7/10/2023       By: *William G. Johnson*
                              William G. Johnson, Esq.
                              Special Morris County Counsel