# EXHIBIT B



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at:  30 Schuyler Place, Morristown, NJ



### Morristown Community Theater

| Year | Amount | Purpose |
|---|---|---|
| 2013 | $23,512 | Preservation Plan |
| 2015 | $4,151 | Construction Documents |
| 2015 | $23,128 | Material Investigation |
| 2016 | $49,274 | Fire Escape |
| 2022 | $23,880 | Construction Documents |

**Grant Recipient:**   South Street Theater Company
**Location:**   Morristown Town

The Community Theater was designed by Thomas Lamb and constructed in 1937. Modifications included interior rehabilitation in 1994, a lobby expansion in 2001, and back-of-house expansion in 2007. The building is a contributing resource in the Register-listed Morrisotwn Historic District.

The 2013 grant has completed a Preservation Plan including accessibility review and paint evaluation.

The 2015 grant completed the analysis and assessment of the physical and acoustic qualities of the plaster at the interior of the auditorium. A separate grant prepared Construction Documents related to the repair or replacement of the exterior fire escapes.

The 2016 grant assisted with the repair of the exterior fire escapes.

The 2022 grant will provide for completion of Construction Documents related to exterior repairs and restoration including brick and limestone masonry repairs and repointing, restoration of oculus windows, and refinishing areas of stucco.

For more information contact Ray Chang at (973) 829-8120 or via e-mail at rchang@co.morris.nj.us