# EXHIBIT E



# MORRIS COUNTY HISTORIC PRESERVATION

P.O. Box 900   Morristown, NJ   07963-0900
PHONE: (973) 829-8120   FAX: (973) 326-9025   WEBSITE: www.MorrisPreservation.com
Office located at:  30 Schuyler Place, Morristown, NJ



### Mountain Lakes Train Station

2022        $24,000        Preservation Plan

**Grant Recipient:**     Mountain Lakes Borough
**Location:**                   Mountain Lakes Boro.

The 1912 Mt. Lakes Train Station served the DL&W Railroad. The stone and concrete station features a standard plan adopted by the DL&W, with modifications to the layout due to the existing site slope. An active train station until the mid-20th C, it was purchased by the Borough of Mt. Lakes and currently houses a restaurant.

The 2022 grant will assist with completion of a Preservation Plan.

For more information contact Ray Chang at (973) 829-8120 or via e-mail at rchang@co.morris.nj.us