# EXHIBIT F

Morris County Historic Preservation Trust Fund
2022 Grants

## *Declaration of Intent*

Please complete and return by <u>February 28, 2022</u> to Ray Chang, Morris County Office of Planning and Preservation, P.O. Box 900, Morristown, NJ 07963-0900. The grant application deadline is March 25, 2022.

1. Name of Organization  Mendham United Methodist Church

2. Name of Historic Site  ~~Shrove~~ Mendham Historic District

3. Mailing Address  10 East Main St., Mendham, NJ 07945

   Daytime Telephone ( 908 ) 879-4782

   E-Mail  elainewarren0330@gmail.com

4. Type of Organization
   - ☐ Historical Society    ☐ Museum
   - ☐ Municipality          ☒ Other:  Church - currently used for worship

5. If you are a non-profit organization, do you have 501c(3) status under the Federal Internal Revenue Code of 1986?
   - ☒ Yes    ☐ No    ☐ Other: _____

6. Is your historic property listed on the New Jersey or National Register of Historic Places, individually or as part of a historic district listed on the New Jersey or National Register?
   - ☒ Yes    ☐ No    ☐ Other: _____

7. Total Project Cost $ TBD   Match $ _____   Funding Request $ _____
   (Note: Program requires 20% match from applicants except for acquisitions which require 50% match and non-construction grants less than $5,000 which require no match)

8. Briefly explain the proposed purpose for the grant requested.  Grant will be used to plan and scope these efforts: Church needs windows releaded, new roof, bell tower reshingled and painted, new chimney, furnace, repaving and relining of parking lot.

Signature of Organization Official  Elaine R. Warren    Date 2/28/2022
Title of Organization Official  President, Board of Trustees