# EXHIBIT H

**Morris County Historic Preservation Trust Fund**
**2023 Grants**

## Declaration of Intent

Please complete and return by <u>February 28, 2023</u> to Ray Chang, Morris County Office of Planning and Preservation, P.O. Box 900, Morristown, NJ 07963-0900. The grant application deadline is March 31, 2023.

1. Name of Organization  **Zion Lutheran Church**

2. Name of Historic Site **Zion Lutheran Church**

3. Mailing Address  **11 Schooley's Mountain Rd**

   Daytime Telephone ( **908** ) **876-3547**

   E-Mail  **zionlutheran@att.net**

4. Type of Organization

   ☐ Historical Society   ☐ Museum

   ☐ Municipality   ☐ Other: **religious org.**

5. If you are a non-profit organization, do you have 501c(3) status under the Federal Internal Revenue Code of 1986, and a purpose in historic preservation?

   ■ Yes   ☐ No   ☐ Other: _____

6. Is your historic property listed on the New Jersey or National Register of Historic Places, individually or as part of a historic district listed on the New Jersey or National Register?

   ■ Yes   ☐ No   ☐ Other: _____

7. Total Project Cost $ **$4,000.**   Match $ **$800.**   Funding Request $ **2,200**
   (Note: Program requires 20% match from applicants except for acquisitions which require 50% match and non-construction grants less than $5,000 which require no match)

8. Briefly explain the proposed purpose for the grant requested.
   Underneath the narthex lies a crawl space that is constantly wet from ground water flowing off the mountain. In addition to ground water, the building is located within 20 yards of the Raritan river, another contributing factor for moisture build up. To address this problem (rotting timbers) a venting system similar to radon easement would curtail further deterioration.

Signature of Organization Official  *Harry Bullock*   Date **2/3/23**
Title of Organization Official  **Historical preservation committee member**