UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>　　　　　Defendants. | Case No. 2:23-cv-02347-EP-JSA<br><br>**CERTIFICATION OF ERIC C. RASSBACH, ESQ. IN SUPPORT OF THE APPLICATION FOR ADMISSION *PRO HAC VICE*** |

　　　　I, Eric C. Rassbach, hereby certify and declare the following:

　　　　1.　　I am an attorney and visiting professor in The Hugh and Hazel Darling Foundation Religious Liberty Clinic at the Pepperdine Caruso School of Law, 24225 Pacific Coast Highway, Malibu, CA 90263; Telephone: (310) 506-4611; Email: eric.rassbach@pepperdine.edu. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Plaintiffs in the above-captioned matter.

　　　　2.　　I am a member in good standing of the Bar of the State of Texas, having been admitted in 1999. The office responsible for maintaining the roll of members of the bar is as follows: Texas Law Center 1414 Colorado Street, Austin, TX 78701.

3. I am a member in good standing of the Bar of the District of Columbia, having been admitted in 2005. The office responsible for maintaining the roll of members of the bar is as follows: District of Columbia Bar, 901 4th St. NW, Washington, DC 20001.

4. I am a member in good standing of the Bar of the State of California, having been admitted in 2012. The office responsible for maintaining the roll of members of the bar is as follows: State Bar of California, 180 Howard St., San Francisco, CA 94105.

5. I am a member in good standing of the Bar of the Supreme Court of the United States, having been admitted in 2008. The office responsible for maintaining the roll of members of the bar is as follows: Clerk, Supreme Court of the United States, One First Street NE, Washington, DC 20543.

6. I am a member in good standing of the Bar of the U.S. Court of Appeals for the First Circuit, having been admitted in 2007. The office responsible for maintaining the roll of members of the bar is as follows: Maria R. Hamilton, Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, MA 02210.

7. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Second Circuit, having been admitted in 2013. The office responsible for maintaining the roll of members of the bar is as follows: Catherine O'Hagan Wolfe, Clerk of Court, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

8. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Third Circuit, having been admitted in 2007. The office responsible for maintaining the roll of members of the bar is as follows: Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106-1790.

9. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Fourth Circuit, having been admitted in 2011. The office responsible for maintaining the roll of members of the bar is as follows: Patricia S. Connor, Clerk of Court, United States Court of Appeals for the Fourth Circuit, 1100 E. Main Street, Suite 501, Richmond, VA 23219.

10. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Fifth Circuit, having been admitted in 2017. The office responsible for maintaining the roll of members of the bar is as follows: Lyle W. Cayce, Office of the Clerk, United States Court of Appeals for the Fifth Circuit, F. Edward Hebert Building, 600 S. Maestri Place New Orleans, LA 70130-3408.

11. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Sixth Circuit, having been admitted in 2010. The office responsible for maintaining the roll of members of the bar is as follows: Deborah S. Hunt, Clerk of Court, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street Cincinnati, OH 45202-3988.

12. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Seventh Circuit, having been admitted in 2009. The office responsible for

maintaining the roll of members of the bar is as follows: Clerk of Court, Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604.

13. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Eighth Circuit, having been admitted in 2006. The office responsible for maintaining the roll of members of the bar is as follows: Michael E. Gans, Clerk of Court, Thomas F. Eagleton Courthouse, 111 South 10th Street, Room 24.329, St. Louis, MO 63102.

14. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Ninth Circuit, having been admitted in 2005. The office responsible for maintaining the roll of members of the bar is as follows: Molly Dwyer, Clerk of Court, Office of the Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

15. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Tenth Circuit, having been admitted in 2007. The office responsible for maintaining the roll of members of the bar is as follows: Clerk of Court, Byron White U.S. Courthouse, 1823 Stout Street, Denver, CO 80257-1823.

16. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Eleventh Circuit, having been admitted in 2004.  The office responsible for maintaining the roll of members of the bar is as follows:  David J. Smith, Clerk of Court, United States Court of Appeals for the Eleventh Circuit, 56 Forsyth St., N.W. Atlanta, GA 30303.

17. I am a member in good standing of the Bar of the District Court for the District of Columbia, having been admitted in 2006. The office responsible for maintaining the roll of members of the bar is as follows: Angela D. Caesar, Clerk of Court, United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Room 1225, Washington, DC 20001.

18. I am a member in good standing of the Bar of the District Court for the Northern District of California, having been admitted in 2017. The office responsible for maintaining the roll of members of the bar is as follows: Mark B. Busby, Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Ave., San Francisco, CA 94102-3489.

19. I am a member in good standing of the Bar of the District Court for the Central District of California, having been admitted in 2019. The office responsible for maintaining the roll of members of the bar is as follows: Kiry K. Gray, Clerk of Court, Edward R. Roybal Federal Building and U.S. Courthouse, 255 E. Temple Street, Suite 180, Los Angeles, CA 90012-3332.

20. I am a member in good standing of the Bar of the District Court for the Eastern District of California, having been admitted in 2022. The office responsible for maintaining the roll of members of the bar is as follows: Keith Holland, Clerk of Court, Robert T. Matsui U.S. Courthouse, 501 I Street, Room 4-200, Sacramento, CA 95814.

21. I am a member in good standing of the Bar of the District Court for the District of Colorado, having been admitted in 2009. The office responsible for

maintaining the roll of members of the bar is as follows:  Jeffrey P. Colwell, Clerk of Court, Alfred A. Arraj United States Courthouse, 901 19th Street, Room A105, Denver, CO 80294-3589.

22. I am a member in good standing of the Bar of the District Court for the Northern District of Florida, having been admitted in 2013.  The office responsible for maintaining the roll of members of the bar is as follows: Jessica J. Lyublanovits, Clerk of Court, U.S. District Court for the Northern District of Florida, 100 North Palafox Street, Pensacola, FL 32502-5658.

23. I am a member in good standing of the Bar of the District Court for the Northern District of New York, having been admitted in 2020.  The office responsible for maintaining the roll of members of the bar is as follows:  John M. Domurad, Clerk of Court, U.S. Courthouse and Federal Building, 445 Broadway, Room 509, Albany, NY 12207-2936.

24. I am a member in good standing of the Bar of the District Court for the Western District of Wisconsin, having been admitted in 2013.  The office responsible for maintaining the roll of members of the bar is as follows:  Joel Turner, Clerk of Court, U.S. District Court for the Western District of Wisconsin, 120 N. Henry Street, Room 320, Madison, WI 53703.

25. I am a member in good standing of the Bar of the District Court for the Western District of Michigan, having been admitted in 2018.  The office responsible for maintaining the roll of members of the bar is as follows:  Anne E. Filkins, Clerk of Court, 399 Federal Building, 110 Michigan N.W., Grand Rapids, MI 49503.

26. I am a member in good standing of the Bar of the District Court for the Eastern District of Michigan, having been admitted in 2019. The office responsible for maintaining the roll of members of the bar is as follows: Kinikia D. Essix, Clerk of Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit MI 48226.

27. I am a member in good standing of the Bar of the District Court for the Northern District of Texas, having been admitted in 2020. The office responsible for maintaining the roll of members of the bar is as follows: Clerk of Court, U.S. District Court for the Northern District of Texas, 1100 Commerce Street, Rm. 1452, Dallas, TX 75242.

28. I am a member in good standing of the Bar of the District Court for the Eastern District of Texas, having been admitted in 2005. The office responsible for maintaining the roll of members of the bar is as follows: David O'Toole, Office of the Clerk, 211 W. Ferguson Street, Suite 106, Tyler, TX 75702.

29. I am a member in good standing of the Bar of the District Court for the Western District of Texas, having been admitted in 2021. The office responsible for maintaining the roll of members of the bar is as follows: Office of the Clerk, Philip Devlin, U.S. District Court for the Western District of Texas, 262 W. Nueva Street, Room 1-400, San Antonio, TX 78207.

30. I am a member in good standing of the Bar of the District Court for the Southern District of Texas, having been admitted in 2012. The office responsible for

maintaining the roll of members of the bar is as follows: Nathan Ochsner, Office of the Clerk, Bob Casey United States Courthouse, 515 Rusk Ave., Houston, TX 77002.

31. I am admitted as a Solicitor in Ireland (No. S25498) but do not practice in Ireland. The office responsible for maintaining the roll of Irish Solicitors is the Law Society of Ireland, Blackhall Place, Dublin 7, D07 VY24.

32. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been denied admission, or subject to discipline, in any jurisdiction.

33. I will be associated in this matter with counsel of record, Mark Roselli, Esq., of the firm Roselli Griegel Lozier & Lazzaro, P.C., who is a member in good standing of the Bar of the State of New Jersey and of the Bar of the United States District Court for the District of New Jersey.

34. I agree to pay all fees that required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

35. I acknowledge that, upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

36. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 25, 2023

/s/ *Eric C. Rassbach*
Eric C. Rassbach, Esq.