**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>Plaintiffs,<br><br>v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>Defendants. | Case No. 2:23-cv-02347-EP-JSA<br><br>**CERTIFICATION OF JEREMY DYS, ESQ. IN SUPPORT OF THE APPLICATION FOR ADMISSION *PRO HAC VICE*** |

I, Jeremy Dys, hereby certify and declare the following:

1. I am an attorney at First Liberty, 2001 W. Plano Pkwy., Suite 1600 Plano, TX 75075; Telephone: (972) 941-4444; Email: jdys@firstliberty.org. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) for Plaintiffs in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of Texas, having been admitted in 2015. The office responsible for maintaining the roll of members of the bar is as follows: Texas Law Center 1414 Colorado Street, Austin, TX 78701.

3. I am a member in good standing of the Bar of the District of Columbia, having been admitted in 2022. The office responsible for maintaining the roll of members of the bar is as follows: District of Columbia Bar, 901 4th St. NW, Washington DC 20001.

4. I am a member in good standing of the Bar of the State of West Virginia, having been admitted in 2005. The office responsible for maintaining the roll of members of the bar is as follows: West Virginia State Bar, 2000 Deitrick Boulevard, Charleston, WV 25311-1231.

5. I am a member in good standing of the Bar of the Supreme Court of the United States, having been admitted in 2020. The office responsible for maintaining the roll of members of the bar is as follows: Clerk, Supreme Court of the U. S., One First Street, NE Washington, DC 20543.

6. I am a member in good standing of the Bar of the U.S. Court of Appeals for the First Circuit, having been admitted in 2017. The office responsible for maintaining the roll of members of the bar is as follows: Maria R. Hamilton, Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500 Boston, MA 02210.

7. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Second Circuit, having been admitted in 2022. The office responsible for maintaining the roll of members of the bar is as follows: Catherine O'Hagan Wolfe, Clerk of Court, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

8. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Fourth Circuit, having been admitted in 2014. The office responsible for maintaining the roll of members of the bar is as follows: Patricia S. Connor, Clerk of Court, United States Court of Appeals for the Fourth Circuit, 1100 E. Main Street, Suite 501, Richmond, VA 23219.

9. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Fifth Circuit, having been admitted in 2021. The office responsible for maintaining the roll of members of the bar is as follows: Lyle W. Case, Office of the Clerk, United States Court of Appeals for the Fifth Circuit, F. Edward Hebert Building, 600 S. Maestri Place New Orleans, LA 70130-3408.

10. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Sixth Circuit, having been admitted in 2016. The office responsible for maintaining the roll of members of the bar is as follows: Deborah S. Hunt, Clerk of Court, United States Court of Appeals for the Sixth Circuit, 540 Potter Stewart U.S. Courthouse, 100 E. Fifth Street Cincinnati, OH 45202-3988.

11. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Ninth Circuit, having been admitted in 2017. The office responsible for maintaining the roll of members of the bar is as follows: Molly Dwyer, Clerk of Court, Office of the Clerk U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939.

12. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Tenth Circuit, having been admitted in 2017. The office responsible for

maintaining the roll of members of the bar is as follows: Clerk of Court, Byron White U.S. Courthouse, 1823 Stout Street Denver, CO 80257-1823.

13. I am a member in good standing of the Bar of the U.S. Court of Appeals for the Eleventh Circuit, having been admitted in 2014. The office responsible for maintaining the roll of members of the bar is as follows: David J. Smith, Clerk of Court, U.S. Court of Appeals for the 11th Circuit, 56 Forsyth St., N.W. Atlanta, GA 30303.

14. I am a member in good standing of the Bar of the District Court for the Southern District of West Virginia, having been admitted in 2012. The office responsible for maintaining the roll of members of the bar is as follows: Rory L. Perry II, Clerk of Court, Robert C. Byrd United States Courthouse, 300 Virginia Street, East, Suite 2400, Charleston, WV 25301.

15. I am a member in good standing of the Bar of the District Court for the Eastern District of Michigan, having been admitted in 2015. The office responsible for maintaining the roll of members of the bar is as follows: Kinikia D. Essix, Clerk of Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 599, Detroit MI 48226.

16. I am a member in good standing of the Bar of the District Court for the Northern District of Texas, having been admitted in 2020. The office responsible for maintaining the roll of members of the bar is as follows: Clerk of Court, Northern District Court for the Northern District of Texas, 1100 Commerce Street, Rm. 1452, Dallas, TX 75242.

17. I am a member in good standing of the Bar of the District Court for the Eastern District of Texas, having been admitted in 2016. The office responsible for maintaining the roll of members of the bar is as follows: David O'Toole, Office of the Clerk, 211 W. Ferguson Street, Suite 106, Tyler, TX 75702.

18. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been denied admission, or subject to discipline, in any jurisdiction.

19. I will be associated in this matter with counsel of record, Mark Roselli, Esq., of the firm Roselli Griegel Lozier & Lazzaro, P.C., who is a member in good standing of the Bar of the State of New Jersey and of the Bar of the United States District Court for the District of New Jersey.

20. I agree to pay all fees that required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*.

21. I acknowledge that, upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

22. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2023

/s/ *Jeremy Dys*
Jeremy Dys, Esq.