UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH, and THE ZION LUTHERAN CHURCH LONG VALLEY,<br>   *Plaintiffs,*<br> v.<br>MORRIS COUNTY, NEW JERSEY *et al.*<br>   *Defendants.* | Civil Action No.<br>2:23-cv-02347-EP-JSA |

### ORDER GRANTING JOINT MOTION
### TO SET BRIEFING SCHEDULE AND FOR OTHER RELIEF

Having considered the parties' joint motion, the Court hereby ORDERS:

1. Plaintiffs shall file their motion for summary judgment and memorandum in support of that motion by August 11, 2023.

2. Defendants shall file a single memorandum in support of their cross-motion for summary judgment and opposing Plaintiffs' motion by September 22, 2023.

3. Plaintiffs shall file a combined reply in support of their motion and opposition to Defendants' cross-motion by October 20, 2023.

4. The requirement to provide separate statements of material facts in conjunction with summary judgment briefing, L. Civ. R. 56.1(a), shall not apply to the parties' cross-motions for summary judgment in this matter.

5. The parties shall instead file a stipulated statement of undisputed material facts in conjunction with Plaintiffs' motion for summary judgment by August 11, 2023.

6. Defendants need not file an Answer. The parties will file cross-motions for summary judgment according to the schedule set forth above.

**SO ORDERED** this 3rd day of August, 2023.

*/s/ Evelyn Padin*

HONORABLE EVELYN PADIN
UNITED STATES DISTRICT JUDGE