UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

The Mendham Methodist Church, et al.

*Plaintiff*

v.

Morris County, New Jersey, et al.

*Defendant*

Civil Action No. 2:23-cv-02347-EP-JSA

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that _____, is a non-governmental corporation and that:

This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/ Paul S. Grosswald
Signature of Attorney

98 W. End Avenue
Address

Summit, NJ 07901
City/State/Zip

8-10-23
Date