## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

THE MENDHAM METHODIST
CHURCH; and THE ZION LUTHERAN
CHURCH LONG VALLEY,

Plaintiffs,

v.

MORRIS COUNTY, NEW JERSEY;          Case No. 2:23-cv-02347-EP-JSA
MORRIS COUNTY BOARD OF
COUNTY COMMISSIONERS;
MORRIS COUNTY HISTORIC
PRESERVATION TRUST FUND
REVIEW BOARD; and JOHN
KRICKUS, in his official capacity as
Commissioner Director for the Morris
County Board of County Commissioners,

Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 101.1(c) of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorneysPursuant to Rule 101.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, hereby moves that attorney Samuel T. Grover be admitted pro hac vice to act as counsel for intervenors in the above-captioned matter.

1. Samuel T. Grover is an attorney with the Freedom From Religion Foundation, PO Box 750, Madison, WI, 53701; Telephone (608) 256-8900; Email sam@ffrf.org.

2. Samuel T. Grover is admitted and is a member in good standing in the following: the Bar of the State of Wisconsin, Western District of Wisconsin, Western District of Texas, Southern District of Texas, First Circuit Court of Appeals, Fifth Circuit Court of Appeals, and Seventh Circuit Court of Appeals.

3. Samuel T. Grover is not currently the subject of any disciplinary proceedings and has no prior disciplinary proceedings imposed upon him in any jurisdiction.

4. A certified statement signed by Samuel T. Grover is attached as required by Local Rule 101.1(c).

5. Upon granting of this motion Samuel T. Grover shall pay the $150 fee to the clerk as well as the yearly fee to the New Jersey Lawyers' Fund for Client Protection.

Dated: August 21, 2023

Respectfully Submitted,

/s/ Paul S. Grosswald

Paul S. Grosswald
Attorney at Law
98 W. End Avenue
Summit, NJ 07901-1222
Phone:  (917) 753-7007
Fax: (212) 671-1321
pgrosswald@hotmail.com