UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THE MENDHAM METHODIST
CHURCH; and THE ZION LUTHERAN
CHURCH LONG VALLEY,

Plaintiffs,

v.

MORRIS COUNTY, NEW JERSEY;
MORRIS COUNTY BOARD OF
COUNTY COMMISSIONERS;
MORRIS COUNTY HISTORIC
PRESERVATION TRUST FUND
REVIEW BOARD; and JOHN
KRICKUS, in his official capacity as
Commissioner Director for the Morris
County Board of County Commissioners,

Defendants.

Case No. 2:23-cv-02347-EP-JSA

### CERTIFICATION OF SAMUEL T. GROVER IN SUPPORT OF APPLICATION *PRO HAC VICE*

I, Samuel T. Grover, hereby certify and declare the following:

1. I am an attorney at the Freedom From Religion Foundation, PO Box 750, Madison, WI, 53701; Telephone (608) 256-8900; Email sam@ffrf.org. I submit this certification in support of my application for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c) as an intervenor in the above-captioned matter.

2. I am a member in good standing of the Bar of the State of Wisconsin, having been admitted in 2014. See attachment for certificate of good standing. The office responsible for maintaining the records and roll of members of this bar is as

follows: State Bar of Wisconsin, 5302 Eastpark Blvd., Madison, WI 53718-2101.

3. I am a member in good standing of the Western District of Wisconsin, having been admitted in 2014. The office responsible for maintaining the records and roll of members of this bar is as follows: Western District of Wisconsin, 120 North Henry Street, Room 320, Madison, WI 53703.

4. I am a member in good standing of the Western District of Texas, having been admitted in 2016. The office responsible for maintaining the records and roll of members of this bar is as follows: U.S. District Clerk's Office, 262 West Nueva Street, Room 1-400, San Antonio, Texas 78207.

5. I am a member in good standing at the Southern District of Texas, having been admitted in 2019. The office responsible for maintaining the records and roll of members of this bar is as follows: Clerk of Court, P. O. Box 61010, Houston, TX 77208.

6. I am a member in good standing at the U.S. Court of Appeals for the First Circuit, having been admitted in 2019. The office responsible for maintaining the records and roll of members of this bar is as follows: Maria R. Hamilton, Clerk of Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2500, Boston, MA 02210.

7. I am a member in good standing at the U.S. Court of Appeals for the Fifth Circuit, having been admitted in 2016. The office responsible for maintaining the records and roll of members of this bar is as follows: Office Of the Clerk, F. Edward Hebert Building, 600 S. Maestri Place, New Orleans, LA 70130-3408.

8. I am a member in good standing at the U.S. Court of Appeals for the Seventh Circuit, having been admitted in 2017. The office responsible for maintaining the records and roll of members of this bar is as follows: United States Office of the Clerk, Everett McKinley Dirksen, United States Courthouse, 219 S. Dearborn Street, Room 2722, Chicago, IL 60604.

9. I am a member in good standing of all bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and I have never been denied admission, or subject to discipline, in any jurisdiction.

10. I will be associated in this matter with local counsel, Paul S. Grosswald, Esq. Who is a member in good standing of the Bar of the State of New Jersey and the Bar of the State of New York.

11. I agree to pay all fees that are required to be paid by this Court and the State of New Jersey in connection with my admission *pro hac vice*. I acknowledge that, upon my admission *pro hac vice*, I am within the disciplinary jurisdiction of this Court.

12. I respectfully request that the Court grant my admission *pro hac vice* in this matter.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 21, 2023

*/s/ Samuel T. Grover*
Samuel T. Grover