*PAUL S. GROSSWALD, ESQ., LLC*
*Attorney at Law*

98 West End Avenue
Summit, NJ 07901

774 Manor Road, Ste. 204
Staten Island, NY 10314

Phone: (718) 694-9442
Fax: (212) 671-1321
pgrosswald@hotmail.com

*Admitted in NJ & NY*

August 28, 2023

**VIA CM/ECF**
Hon. Evelyn Padin
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

   Re: <u>Mendham Methodist, *et al.* v. Morris County, *et al.*</u>, Docket No. 2:23-cv-02347 (D.N.J.)

Dear Hon. Evelyn Padin:

  I represent Intervenors Freedom From Religion Foundation and David Steketee, whose motion to intervene in the above-referenced matter is presently pending before the Court. [ECF 16.]  Mr. Steketee is improperly listed on the docket as a "Defendant" rather than as an "Intervenor".  Please have the court clerk correct this error.  Thank you for your prompt attention to this matter.

        Sincerely,

        PAUL S. GROSSWALD

cc: All parties via CM/ECF