AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| The Mendham Methodist Church, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:23-cv-2347-EP-JSA |
| Morris County, New Jersey, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Defendant-Intervenor New Jersey Attorney General .

Date:   09/25/2023

/s/ Michael L. Zuckerman
*Attorney's signature*

Michael L. Zuckerman (NJ 427282022)
*Printed name and bar number*

Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street, PO Box 080
Trenton, NJ 08625
*Address*

Michael.Zuckerman@njoag.gov
*E-mail address*

(862) 350-5800
*Telephone number*

(609) 292-3508
*FAX number*