**MATTHEW J. PLATKIN**
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Proposed Defendant-Intervener*

By:  Michael L. Zuckerman
     Deputy Solicitor General
     (862) 350-5800
     Michael.Zuckerman@njoag.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY, <br><br> Plaintiffs, <br><br> v. <br><br> MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners, <br><br> Defendants. | Hon. Evelyn Padin, U.S.D.J. <br> Hon. Jessica S. Allen, U.S.M.J. <br><br> Docket No. 2:23-cv-2347-EP-JSA <br><br> **CIVIL ACTION** <br><br> **(ELECTRONICALLY FILED)** <br><br> Motion Return Date: November 6, 2023 <br><br> **NOTICE OF MOTION TO INTERVENE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24** |

TO:  Hon. Evelyn Padin, U.S.D.J.
     Counsel of Record
     via CM/ECF)

PLEASE TAKE NOTICE that on November 6, 2023, the undersigned, Matthew J. Platkin, Attorney General of New Jersey, by Deputy Solicitor General Michael L. Zuckerman, appearing on behalf of Proposed Defendant-Intervenor, Attorney General of New Jersey, shall move before the Honorable Evelyn Padin United States District Judge, in the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, pursuant to Federal Rule of Civil Procedure 24 for an Order permitting the New Jersey Attorney General to Intervene in this matter as a Defendant-Intervenor.

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Brief in support of the motion.

PLEASE TAKE FURTHER NOTICE that the undersigned respectfully requests that the Court rule upon the moving papers submitted, pursuant to Federal Rule of Civil Procedure 78 and Local Civil Rule 78.1.

A proposed form of Order is attached hereto.

                MATTHEW J. PLATKIN
                ATTORNEY GENERAL OF NEW JERSEY

By:   */s/ Michael L. Zuckerman*
       Michael L. Zuckerman
       Deputy Solicitor General

Dated: September 25, 2023