**MATTHEW J. PLATKIN**
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Proposed Defendant-Intervener*

By:  Nathaniel I. Levy
 Deputy Attorney General
 (862) 350-5800
 Nathaniel.Levy@njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>  Defendants. | Hon. Evelyn Padin, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>Docket No. 2:23-cv-2347-EP-JSA<br><br>**CIVIL ACTION**<br><br>**ORDER PERMITTING THE NEW JERSEY ATTORNEY GENERAL TO INTERVENE IN THIS MATTER AS A DEFENDANT-INTERVENOR** |

**NOW COMES** Matthew J. Platkin, Attorney General of New Jersey, by

Michael L. Zuckerman, Deputy Solicitor General, appearing on behalf of Proposed Defendant-Intervenor, Attorney General of New Jersey, for an Order permitting the New Jersey Attorney General to Intervene in this matter as a Defendant-Intervenor, pursuant to Fed. Rule Civ. P. 24, and the Court having considered the matter and for good cause shown;

**IT IS** on this _____ day of _____, 2023

    **ORDERED** that the Proposed Defendant-Intervenor, Attorney General of New Jersey's Motion to Intervene in this matter as a Defendant-Intervenor, pursuant to Fed. Rule Civ. P. 24, is hereby **GRANTED**; and it is further

    **ORDERED** that the Attorney General of New Jersey be added to this matter as a Defendant-Intervener; and it is further

    **ORDERED** that a copy of this Order shall be served upon the parties within ten days of receipt hereof.

                                          HON. EVELYN PADIN, U.S.D.J.