

89 HEADQUARTERS PLAZA
SUITE 1425
MORRISTOWN, NJ 07960
PHONE: 973-993-3131
Fax: 973-993-3132

WILLIAM G. JOHNSON
Email:Bill@gjohnsonlaw.com

CLIFFORD A. JOHNSON
(1929-2005)
GEORGE W. JOHNSON
(1965-2022)

September 29, 2023

**Via ECF**
Honorable Evelyn Padin, U.S.D.J.
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re: Mendham Methodist Church v. County of Morris
    Case No.: 2:23-cv-02347-EP-JSA**

Dear Judge Padin:

As your file may reflect, I represent Defendants Morris County, Morris County board of County Commissioners, Morris County Historic Preservation Trust Fund Review Board and John Krickus (hereinafter, "Morris County") with respect to the above-captioned matter. I am in receipt of the Motion to Intervene filed on behalf of the New Jersey Attorney General. (D.E. 26)

I write to advise the Court that Morris County takes no position with respect to the Motion to Intervene and leaves same to the sound discretion of the Court.

```
Honorable Evelyn Padin, U.S.D.J.
Re:  Mendham Methodist Church, et al v. County of Morris, et al.
September 29, 2023
Page 2
```

    Thank you for your consideration of the within.

                              Respectfully submitted,

                              JOHN A. NAPOLITANO,
                              MORRIS COUNTY COUNSEL

By: *William G. Johnson*
      William G. Johnson, Esq.
      Special County Counsel

```
WGJ/dv
Cc: All Attorneys of Record – Via ECF
```