Mark M. Roselli
ROSELLI GRIEGEL & LAZZARO P.C.
1337 Highway 33
Hamilton Square, NJ 08690
(609) 586-2257
mroselli@roselligriegel.com

*Counsel for Plaintiffs The Mendham Methodist Church and The Zion Lutheran Church Long Valley*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>     Plaintiffs,<br><br>   v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>     Defendants. | Case No. 2:23-cv-02347-EP-JSA |

## CONSENT MOTION TO WITHDRAW APPEARANCE OF
## J. BENJAMIN AGUIÑAGA

Pursuant to Rule 102.1 of the Local Rules of Civil Procedure of the United States District Court for the District of New Jersey, the undersigned, a member in good standing of the Bar of this Court, respectfully requests that the Court withdraw the appearance of J. Benjamin Aguiñaga as counsel for Plaintiffs The Mendham Methodist Church and The Zion Lutheran Church Long Valley in this case.

1. Withdrawal is necessary because Mr. Aguiñaga is departing Jones Day effective January 12, 2024.

2. Plaintiffs will continue to be represented in this appeal by undersigned counsel; Noel J. Francisco and Megan Lacy Owen of Jones Day; Jeremy Dys and Ryan Gardner of First Liberty Institute; and Eric C. Rassbach of The Hugh and Hazel Darling Foundation Religious Liberty Clinic, Pepperdine University Caruso School of Law.

3. This motion is not sought for purposes of delay.

4. Undersigned counsel conferred with counsel for Defendants on January 11, 2024. Defendants do not oppose this motion.

Dated: January 12, 2024         Respectfully submitted,

*s/ Mark Roselli*
Mark Roselli
ROSELLI GRIEGEL & LAZZARO P.C.
1337 Highway 33
Hamilton Square, NJ 08690
(609) 586-2257
mroselli@roselligriegel.com

*Counsel for Plaintiffs The Mendham Methodist Church and Zion Lutheran Church Long Valley*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on January 12, 2024. Notice of this filing will be sent to counsel of record for the parties by operation of the Court's electronic filing system.

*s/ Mark Roselli*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>  Plaintiffs,<br><br>v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>  Defendants. | Case No. 2:23-cv-02347-EP-JSA |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCE OF J. BENJAMIN AGUIÑAGA

IT IS HEREBY ORDERED that the appearance of J. Benjamin Aguiñaga as counsel for Plaintiffs is withdrawn.

So ordered, this ____ day of January, 2024.

_____