<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>                          Plaintiffs,<br><br>                v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>                          Defendants. | Case No. 23cv2347 (EP) (JSA)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Freedom From Religious Foundation and David Steketee's motion to intervene, D.E. 16 ("FFRF Motion"), and the New Jersey Attorney General's motion to intervene, D.E. 26 ("Attorney General Motion"). The Court has reviewed the parties' briefs, and for the reasons set forth in the Opinion filed herewith,

**IT IS**, on this 5th day of February, 2023;

**ORDERED** that the Attorney General Motion is **GRANTED**; and it is further

**ORDERED** that the Attorney General of New Jersey shall be added to this matter as a Defendant-Intervenor; and it is finally

**ORDERED** that the FFRF Motion is **DENIED**.

Dated: February 5, 2024

*Evelyn Padin*
Evelyn Padin, U.S.D.J.