## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>　　　　Defendants;<br><br>ATTORNEY GENERAL of NEW JERSEY,<br><br>　　　　Intervenor-Defendant. | Case No. 2:23-cv-02347-EP-JSA<br><br>**AMENDED ORDER**[*] |

THIS MATTER having come before the Court upon the application of Mark Roselli, Esq. ("movant"), attorney for Plaintiffs, seeking the *pro hac vice* admission of attorneys Christopher C. Pagliarella, Esq., and Camille P. Varone, Esq. ("counsel"), pursuant to Local Civil Rule 101.1 (ECF No. __); and the Court having considered the request; and for good cause shown;

**IT IS on this 26th day of March 2024,**

**ORDERED** that the motion for the pro hac vice admission of counsel is **GRANTED**; and it is further

**ORDERED** that counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting counsel's standing at the bar of any court; and it is further

**ORDERED** that movant shall (a) remain attorney of record in this case in accordance with Local Civil Rule 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon counsel; (c) sign (or arrange for a member of the firm admitted to practice in New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings; and (e) be responsible for the conduct of the case and counsel in this matter; and it is further

**ORDERED** that counsel shall make payments to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2, for each year in which counsel represents the client in this matter; and it is further

**ORDERED** that counsel shall pay **$250.00** to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civ. R. 101.1(c)(3).

\*This Order is amended to reflect the correct amount to be submitted by counsel in connection with *pro hac vice* admission.

    s/Jessica S. Allen
Hon. Jessica S. Allen
United States Magistrate Judge