MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Defendant-Intervenor*

By:  Michael L. Zuckerman
     Deputy Solicitor General
     (862) 350-5800
     Michael.Zuckerman@njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>  Plaintiffs,<br><br>  v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>  Defendants,<br><br>ATTORNEY GENERAL OF NEW JERSEY,<br><br>  Intervenor-Defendant. | Hon. Evelyn Padin, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>Docket No. 2:23-cv-2347-EP-JSA<br><br>**CIVIL ACTION**<br><br>**(ELECTRONICALLY FILED)**<br><br>Motion Return Date: May 6, 2024<br><br>**NOTICE OF MOTION TO ABSTAIN AND HOLD THE CASE IN ABYEANCE PURSUANT TO *PULLMAN* ABSTENTION DOCTRINE** |

TO:  Hon. Evelyn Padin, U.S.D.J.
     Counsel of Record
     (via CM/ECF)

PLEASE TAKE NOTICE that on May 6, 2024, the undersigned, Matthew J. Platkin, Attorney General of New Jersey, by Deputy Solicitor General Michael L. Zuckerman, appearing on behalf of Defendant-Intervenor, Attorney General of New Jersey, shall move before the Honorable Evelyn Padin United States District Judge, in the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order to hold this case in abeyance pursuant to the *Pullman* abstention doctrine.

PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Brief in support of the motion.

A proposed form of Order is attached hereto.

                                MATTHEW J. PLATKIN
                                ATTORNEY GENERAL OF NEW JERSEY

By:   /s/ Michael L. Zuckerman
       Michael L. Zuckerman (NJ No. 427282022)
       Deputy Solicitor General
       Michael.Zuckerman@njoag.gov

Dated: April 10, 2024