MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
*Attorney for Intervenor-Defendant*

By:   Michael L. Zuckerman
      Deputy Solicitor General
      (862) 350-5800
      Michael.Zuckerman@njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>   Plaintiffs,<br><br>   v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>   Defendants,<br><br>ATTORNEY GENERAL OF NEW JERSEY,<br><br>   Intervenor-Defendant. | Hon. Evelyn Padin, U.S.D.J.<br>Hon. Jessica S. Allen, U.S.M.J.<br><br>Docket No. 2:23-cv-2347-EP-JSA<br><br>**CIVIL ACTION**<br><br>**ORDER GRANTING THE MOTION OF THE ATTORNEY GENERAL OF NEW JERSEY TO ABSTAIN PURSUANT TO *PULLMAN* ABSTENTION DOCTRINE AND HOLD THIS CASE IN ABEYANCE** |

TO:   Hon. Evelyn Padin, U.S.D.J.
      Counsel of Record
      (via CM/ECF)

**NOW COMES** Matthew J. Platkin, Attorney General of New Jersey, by Michael L. Zuckerman, Deputy Solicitor General, appearing on behalf of Intervenor-Defendant, Attorney General of New Jersey, for an Order abstaining and holding this case in abeyance pursuant to the *Pullman* abstention doctrine, and the Court having considered the matter and for good cause shown;

**IT IS** on this _____ day of _____, 2024

**ORDERED** that the Motion to abstain and hold this case in abeyance filed by Intervenor-Defendant, the Attorney General of New Jersey, is hereby **GRANTED**.

_____
HON. EVELYN PADIN, U.S.D.J.