# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MORRIS COUNTY, NEW JERSEY, et al.,<br><br>　　　　Defendants;<br><br>ATTORNEY GENERAL of NEW JERSEY,<br>　　　　Intervenor-Defendant. | Case No. 2:23-cv-02347<br><br>Notice of Cross Motion for Preliminary Injunction and of Brief in Opposition to Motion to Stay<br><br>Return date: July 1, 2024<br><br><u>Oral Argument Requested</u> |

**PLEASE TAKE NOTICE** that counsel for Plaintiffs, the Mendham Methodist Church and the Zion Lutheran Church Long Valley, will move before the Honorable Evelyn Padin, United States District Judge of the District of New Jersey, on July 1, 2024, or on such other date as the Court orders, in the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order pursuant to Federal Rule of Civil Procedure 65 preliminarily enjoining Defendants from enforcing Section 5.6.4 of the Morris County Historic Preservation Trust Fund Rules and Regulations to exclude Plaintiffs from eligibility for funding, or applying for funding, from the Morris County Historic Preservation Trust Fund, pending a final resolution of this case.

**PLEASE TAKE FURTHER NOTICE THAT** in support of their Motion, Plaintiffs will rely on the accompanying Brief and Exhibits along with any further submissions on reply.  The accompanying Brief further responds to Intervenor-Defendant's Motion to Abstain and Hold the Case in Abeyance Pursuant to *Pullman* Abstention Doctrine (ECF 46).  *See* Text Order (ECF 42) (approving combined briefing schedule for both motions).

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiffs respectfully request oral argument on their Motion.  If oral argument is granted, Christopher Pagliarella, an associate at Jones Day who was first admitted to a state bar (New York) in June 2018, after graduating from law school in 2016, would present argument for Plaintiffs on one of the pending motions.  *See* Pretrial and Trial Procedures for Judge Evelyn Padin, Part I(I) (Opportunities for Junior Lawyers).

Dated: May 28, 2024  　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Mark Roselli*
　　　　　　　　　　　　　　　Mark Roselli (NJ Bar No. 038431988)
　　　　　　　　　　　　　　　Roselli Griegel Lozier, PC
　　　　　　　　　　　　　　　1337 Highway 33
　　　　　　　　　　　　　　　Hamilton, NJ 08690
　　　　　　　　　　　　　　　Telephone: (609) 586-2257
　　　　　　　　　　　　　　　mroselli@roselligriegel.com

　　　　　　　　　　　　　　　Noel J. Francisco (*pro hac vice*)
　　　　　　　　　　　　　　　Megan Lacy Owen (*pro hac vice*)
　　　　　　　　　　　　　　　Christopher C. Pagliarella (*pro hac vice*)
　　　　　　　　　　　　　　　JONES DAY
　　　　　　　　　　　　　　　51 Louisiana Avenue, N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20001
　　　　　　　　　　　　　　　Telephone: (202) 879-3939
　　　　　　　　　　　　　　　njfrancisco@jonesday.com
　　　　　　　　　　　　　　　mlacyowen@jonesday.com
　　　　　　　　　　　　　　　cpagliarella@jonesday.com

　　　　　　　　　　　　　　　Jeremy Dys (*pro hac vice*)
　　　　　　　　　　　　　　　Ryan Gardner (*pro hac vice*)
　　　　　　　　　　　　　　　First Liberty Institute
　　　　　　　　　　　　　　　2001 W. Plano Pkwy, Suite 1600
　　　　　　　　　　　　　　　Plano, TX 75075
　　　　　　　　　　　　　　　Telephone: (972) 941-4444
　　　　　　　　　　　　　　　jdys@firstliberty.org
　　　　　　　　　　　　　　　rgardner@firstliberty.org

　　　　　　　　　　　　　　　Camille P. Varone (pro hac vice)
　　　　　　　　　　　　　　　First Liberty Institute
　　　　　　　　　　　　　　　1331 Pennsylvania Avenue, NW, Suite 1410
　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　Telephone: (202) 941-4105
　　　　　　　　　　　　　　　cvarone@firstliberty.org

Eric C. Rassbach (*pro hac vice*)
The Hugh and Hazel Darling Foundation
Religious Liberty Clinic
Pepperdine University Caruso School of Law
24225 Pacific Coast Highway
Malibu, CA 90263
Telephone: (310) 506-4611
eric.rassbach@pepperdine.edu

*Attorneys for Plaintiffs*
*The Mendham Methodist Church and The*
*Zion Lutheran Church Long Valley*