

89 HEADQUARTERS PLAZA
SUITE 1425
MORRISTOWN, NJ 07960
PHONE: 973-993-3131
Fax: 973-993-3132

WILLIAM G. JOHNSON
Email:Bill@gjohnsonlaw.com

CLIFFORD A. JOHNSON
(1929-2005)
GEORGE W. JOHNSON
(1965-2022)

May 28, 2024

**Via ECF**
Honorable Evelyn Padin, U.S.D.J.
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:  Mendham Methodist Church v. County of Morris
       Case No.: 2:23-cv-02347-EP-JSA**

Dear Judge Padin:

As your file reflects, I have been assigned to represent Defendants Morris County, Morris County Board of County Commissioners, Morris County Historic Preservation Trust Fund Review Board and John Krickus (hereinafter, "Morris County") with respect to the above-captioned matter. I am in receipt of the Motion to Abstain and Hold the Case in Abeyance filed on behalf of Intervenor-Defendant Attorney General of New Jersey. (ECF 46)

I write to advise the Court that Morris County takes no position with respect to the Motion to Stay and leaves same to the sound discretion of the Court.

Honorable Evelyn Padin, U.S.D.J.
Re:  Mendham Methodist Church v. County of Morris
May 28, 2024
Page 2

    Thank you for your consideration of the within.

                                        Respectfully submitted,

                                        JOHN A. NAPOLITANO,
                                        MORRIS COUNTY COUNSEL

By: /s/ *William G. Johnson*
       William G. Johnson, Esq.
       Special Counsel

WGJ/dv
Cc: All Attorneys of Record – Via ECF