

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625

MATTHEW J. PLATKIN
*Attorney General*

JEREMY M. FEIGENBAUM
*Solicitor General*

May 30, 2024

The Honorable Evelyn Padin, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     Re:    *Mendham Methodist Church et al. v. Morris County, New Jersey et al.*, No. 2:23-cv-2347-EP-JSA

Dear Judge Padin:

    Notwithstanding the return dates on the parties' motion papers, the parties write to confirm that they understand themselves to continue to be subject to the briefing schedule and page limits specified pursuant to this Court's March 11, 2024, text order (D.E. 41). That schedule would allow the Attorney General 45 days (until July 12, 2024) to file a combined reply in support of his *Pullman* motion and opposition to Plaintiffs' cross-motion for a preliminary injunction (limited to 40 pages), and 21 days (until August 2) for Plaintiffs then to file a reply in support of their cross-motion (limited to 15 pages). Plaintiffs and the Attorney General also jointly request argument on their respective motions, on any date the Court finds appropriate.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  /s/ Michael L. Zuckerman
Michael L. Zuckerman (NJ No. 427282022)
Deputy Solicitor General

SO ORDERED
___s/Evelyn Padin___
Evelyn Padin, U.S.D.J.
Date: 6/3/2024

cc: all counsel via ECF



The parties shall brief in accordance with the dates set forth herein, consistent with this Court's text order on 3/11. The Court will separately schedule oral argument if necessary after briefing.

HUGHES JUSTICE COMPLEX · TELEPHONE: (862) 350-5800 FAX: (609) 292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*