# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>    Plaintiffs,<br><br>v.<br><br>MORRIS COUNTY, NEW JERSEY et al.,<br><br>    Defendants;<br><br>ATTORNEY GENERAL of NEW JERSEY,<br><br>    Intervenor-Defendant. | Civil Action No. 2:23-cv-02347<br><br>[Proposed] Order Granting the Motion of the Jewish Coalition for Religious Liberty for Leave to Appear and File Brief as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction |

The Court hereby GRANTS the Jewish Coalition for Religious Liberty's Motion for Leave to Appear and File Brief as *Amicus Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction. The *amicus* brief attached to the Motion shall be deemed filed.

**SO ORDERED** this ___ day of _____, 2024.

_____
HON. EVELYN PADIN
UNITED STATES DISTRICT JUDGE