# Johnson & Johnson

89 HEADQUARTERS PLAZA
SUITE 1425
MORRISTOWN, NJ 07960
PHONE: 973-993-3131
Fax: 973-993-3132

WILLIAM G. JOHNSON
Email:Bill@gjohnsonlaw.com

CLIFFORD A. JOHNSON
(1929-2005)
GEORGE W. JOHNSON
(1965-2022)

November 12, 2024

**Via ECF**
Honorable Evelyn Padin, U.S.D.J.
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:  Mendham Methodist Church v. County of Morris
       Case No.: 2:23-cv-02347-EP-JSA**

Dear Judge Padin:

As your file reflects, I represent the Count of Morris with respect to the above-captioned matter. Your Honor has scheduled Oral Argument on the pending motions for November 20, 2024, at 10:00 a.m. Unfortunately, I have a scheduling conflict. Specifically, in my capacity as Counsel to the Morris County Office of Temporary Assistance, I am assigned to represent Welfare recipients in Child Support Applications against non-custodial parents. I typically have approximately 15 individual files listed on the third Wednesday of the month which coincides with the date you have scheduled for Oral Argument.

Therefore, I respectfully request that you reschedule this matter to another date and time. I have checked with all Counsel, and we are all available on the following dates:

November 25, 2024          December 11, 2024
November 26, 2024          December 12, 2024
December 2, 2024

Honorable Evelyn Padin, U.S.D.J.
Re: Mendham Methodist Church v. County of Morris
November 12, 2024
Page 2

    I apologize for any inconvenience to the Court and appreciate your consideration. Should you need further information, please do not hesitate to have your staff contact me.

        Respectfully submitted,

        JOHN A. NAPOLITANO,
        MORRIS COUNTY COUNSEL

        By: /s/ *William G. Johnson*
            William G. Johnson, Esq.
            Special County Counsel

WGJ/dv
Cc: All Attorneys of Record – Via ECF