<u>**NOT FOR PUBLICATION**</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE MENDHAM METHODIST CHURCH; and THE ZION LUTHERAN CHURCH LONG VALLEY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MORRIS COUNTY, NEW JERSEY; MORRIS COUNTY BOARD OF COUNTY COMMISSIONERS; MORRIS COUNTY HISTORIC PRESERVATION TRUST FUND REVIEW BOARD; and JOHN KRICKUS, in his official capacity as Commissioner Director for the Morris County Board of County Commissioners,<br><br>　　　　Defendants. | No. 23cv2347 (EP) (JSA)<br><br>**ORDER** |

Defendant-Intervenor the New Jersey Attorney General moves to stay this action under the *Pullman* abstention doctrine. D.E. 46 ("Motion to Stay"). Plaintiffs oppose and cross-move for a preliminary injunction enjoining Defendants from enforcing Section 5.6.4 ("Rule 5.6.4") of the Morris County Historic Preservation Trust Fund Rules and Regulations to exclude the Plaintiffs from eligibility for funding pending a final resolution of this matter. D.E. 49 ("Cross-Motion for Preliminary Injunction"). Having reviewed the parties' submissions and all other relevant items on the docket, and having held oral argument on this matter,

**IT IS**, on this **27<u>th</u>** day of **<u>November</u>**, 2024, for the reasons set forth in the accompanying Opinion,

**ORDERED** that Defendant-Intervenor's Motion to Stay, D.E. 46, is **DENIED**; and it is further

2

**ORDERED** that Plaintiffs' Cross-Motion for Preliminary Injunction, D.E. 49, is **GRANTED**; and it is finally

**ORDERED** that Defendants are **PRELIMINARILY ENJOINED** from enforcing Rule 5.6.4 to exclude Plaintiffs from eligibility for funding, or applying for funding, from the Morris County Historic Preservation Trust Fund, pending a final resolution of this matter.

*/s/ Evelyn Padin*

Evelyn Padin, U.S.D.J.