
Case 2:23-cv-02347-EP-JSA   Document 85   Filed 10/03/25   Page 1 of 2 PageID: 894



| | | |
|---|---|---|
| **PHILIP D. MURPHY**<br>*Governor*<br>**TAHESHA L. WAY**<br>*Lt. Governor* | **State of New Jersey**<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>PO Box 45029<br>Newark, NJ 07101 | **MATTHEW J. PLATKIN**<br>*Attorney General*<br>**MICHAEL C. WALTERS**<br>*Acting Director* |

October 3, 2025

<u>VIA CM/ECF</u>
The Honorable Jessica S. Allen, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   Parties' Joint Update and Request to Further Defer Setting Deadlines to December 15
*Mendham Methodist Church; and Zion Lutheran Church Long Valley, v. Morris County, New Jersey; et al.*, Case No. 23-cv-2347

Dear Hon. Allen:

Pursuant to this Court's Judicial Preferences, Intervenor-Defendant the Attorney General of New Jersey ("Intervenor"), Plaintiffs the Mendham Methodist Church and the Zion Lutheran Church Long Valley ("Plaintiffs"), and Defendants Morris County, Morris County Board of County Commissioners, Morris County Historic Preservation Trust Fund Review Board, and John Krickus ("Defendants, and together with Plaintiffs and Intervenor, the "Parties"), by and through their undersigned counsel, hereby jointly write to follow up on the Parties' stipulated deadline (ECF 83) to propose further deadlines by October 7. The Parties continue to engage in meaningful settlement negotiations and issues discussed in the Parties' previous letter (ECF 83), but require more time to do so. As such, the Parties jointly request that the Court permit the Parties until December 15 to propose further case deadlines to the Court.

The Parties also jointly suggest that this Court adjourn the case management conference scheduled for October 15, since there is no update to provide the Court at this time beyond what is stated above. Alternatively, if the Court would like to maintain the conference date, the Parties respectfully request that it be converted to a telephone conference.

Sincerely yours,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
*Intervenor*
By: */s/ David E. Leit*
David E. Leit (NJ No. 024351995)


124 Halsey Street• TELEPHONE: (973) 414-4301
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 3, 2025
Page 2

*/s/ Mark M. Roselli (by consent)*
Mark M. Roselli (NJ No. 038431988)
Roselli Griegel Lozier, P.C.
*Counsel for Plaintiffs*

*/s/ William G. Johnson (by consent)*
William G. Johnson (NJ No. 001471992)
Johnson & Johnson
*Counsel for Defendants*