# ROSELLI GRIEGEL LOZIER, PC

*Attorneys at Law*

1337 Highway 33 ▪ Hamilton Square, NJ 08690
Phone (609) 586-2257 ▪ Fax (609) 586-2476

December 11, 2025

CM/ECF

The Honorable Evelyn Padin
U.S. District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   ECF 87, 60 Day Order Administratively Terminating Action, The Mendham Methodist Church, et al. v. Morris County, et al., Case No. 2:23-cv-02347-EP-JSA

Dear Judge Padin:

On October 15, 2025, the-above captioned case having been settled, this Court ordered the parties to file, within 60 days therefrom, all papers necessary to dismiss the action or, if settlement could not be consummated, to request that the action be reopened. (ECF No. 87) The deadline for such filing is December 15, 2025.

Plaintiffs the Mendham Methodist Church and the Zion Lutheran Church Long Valley ("Plaintiffs"), Defendants Morris County, Morris County Board of County Commissioners, Morris County Historic Preservation Trust Fund Review Board, and Tayfun Selen, in his official capacity as Commissioner Director for the Morris County Board of Commissioners ("Defendants"), and Intervenor-Defendant the Attorney General of the State of New Jersey ("Intervenor"), hereby jointly write to request an thirty-day extension of said deadline to and including January 14, 2026.

The Parties have agreed in principle to a settlement, and are in the process of finalizing a consent judgment to be submitted to the Court and a formal settlement agreement. The requested extension is necessary to allow for execution of the settlement agreement by all parties, allowing for the intervening holidays. For example, the next regular meeting of the Morris County Board of County Commissioners, and therefore the earliest time at which the Board can consider a resolution to authorize execution of the agreement on behalf of Defendants, is December 17.

The Parties therefore jointly request a thirty-day extension to an including January 14, 2026, of the time in which to file the papers necessary to dismiss the action.

SO ORDERED

_s/Evelyn Padin_
Evelyn Padin, U.S.D.J.

Date: 12/15/2025

The Honorable Evelyn Padin
December 11, 2025
Page 2

                          Respectfully submitted,

                          */s/ Mark M. Roselli*
                          Mark M. Roselli
                          *Counsel for Plaintiffs*

                          */s/ William G. Johnson*
                          William G. Johnson
                          *Counsel for Defendants*

                          */s/ David Leit*
                          David Leit
                          *Counsel for Intervenor*